# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**EDDIE M. LEWIS, #154622,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　**Case No. 4:10cv205-SPM/WCS**

**JACK CAMPBELL, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

In an order entered on July 7, 2010, Plaintiff was given until July 26, 2010, to show good cause why the filing fee was not received by the deadline and to show cause why his case should not be dismissed. Doc. 9. On July 12, 2010, Plaintiff's copy of that order was returned to the clerk undelivered. Doc. 10. A check with the Department of Corrections revealed that the Plaintiff had been transferred to the Northwest Florida Reception Center in Chipley, Florida. As indicated by docket notation dated July 15, 2010, a copy of the July 7, 2010, order was re-mailed to Plaintiff's new address. Doc. 11. To date, that order has not been returned undelivered to the Clerk and Plaintiff has not responded.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has failed to comply with an order or to prosecute this case, this complaint should now be dismissed without prejudice.

Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for this failure to respond. Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on August 18, 2010.

        s/ William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**