IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDDIE M. LEWIS, #154622,

    Plaintiff,

v.                                          CASE NO. 4:10cv205-SPM/WCS

JACK CAMPBELL, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 18, 2010 (doc. 12). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for failure to comply with

an order and failure to prosecute.

DONE AND ORDERED this 17th day of September, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge